| | | | |
|---|---|---|---|
| Com. v. Witucki [16] | 838 MDA 2016<br>Affirmed | 11/14/2016 | CP–59–CR–0000033–1998<br>CP–59–CR–0000568–1998<br>(Tioga) |
| Com. v. Boyd | 849 MDA 2016<br>Affirmed | 11/14/2016 | CP–22–MD–0000816–1977<br>(Dauphin) |
| Com. v. Daddario | 889 MDA 2016<br>Affirmed | 11/14/2016 | CP–55–CR–0000245–2005<br>(Snyder) |
| Com. v. Cox | 936 WDA 2015<br>Affirmed | 11/14/2016 | CP–04–CR–0000122–2006<br>(Beaver) |
| Com. v. Ellis | 1846 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/14/2016 | CP–25–CR–0000649–2015<br>(Erie) |
| Com. v. Ellis | 1847 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/14/2016 | CP–25–CR–0000651–2015<br>(Erie) |
| Com. v. Ellis | 1848 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/14/2016 | CP–25–CR–0000653–2015<br>(Erie) |
| Com. v. Ellis | 1849 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/14/2016 | CP–25–CR–0000693–2015<br>(Erie) |
| Com. v. Ellis | 1850 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/14/2016 | CP–25–CR–0000758–2015<br>(Erie) |
| Com. v. Ellis | 1851 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/14/2016 | CP–25–CR–0000760–2015<br>(Erie) |

16. Petition for reargument denied January 19, 2017.